# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS LIABILITYLITIGATION | MDL No. 2243<br>Civil Action No. 08-08-FLW-LHG |
| THIS DOCUMENT RELATES TO:<br>William Parker, et al. v. Merck Sharp & Dohme Corp. (f/k/a Merck & Co., Inc.), Case No. 12-cv-06963-FLW-LHG | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs in the above-captioned case, William Parker and Carolina Parker ("Plaintiffs") and Defendant, Merck Sharp & Dohme Corp., formerly known as Merck & Co., Inc. ("Merck"), through their respective undersigned counsel, as follows:

1. Having been resolved upon the agreement of Plaintiffs in the above-captioned case to dismiss voluntarily without prejudice his claim against Merck and the agreement of Merck not to seek from Plaintiffs its fees and costs, Plaintiffs hereby dismiss the above-captioned case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

2. The above-named Plaintiffs agree that, in the event they re-file any suit based on any similar claims related to Fosamax against Merck, any of Merck's subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy, such lawsuit will be filed in this Court, without joining any party whose joinder would defeat diversity pursuant to 28 U.S.C. § 1332.

3. Each party is to bear its own costs and attorneys' fees.

**WHEREFORE**, the parties hereto stipulate to the dismissal of this case without prejudice subject to the conditions stated herein.

| | |
|---|---|
| /s/ Peter Samberg | /s/ Karen A. Confoy |
| PETER SAMBERG | KAREN A. CONFOY |
| WEITZ & LUXENBERG, P.C. | FOX ROTHSCHILD, LLP |
| 220 Lake Drive East, Suit 210 | Princeton Pike Corporate Center |
| Cherry Hill, NJ 08002 | 997 Lenox Drive Building 3 |
| PH: 856-755-1115 | Lawrenceville, NJ 08648 |
| psamberg@weitzlux.com | PH: 609-896-3600 |
| | kconfoy@foxrothschild.com |
| Attorney for Plaintiffs, William Parker and Carolina Parker | Attorneys for Defendants Merck Sharp & Dohme Corp. (f/k/a Merck & Co., Inc.) |
| Dated: August 4,, 2017 | Dated: July 27, 2017 |

**SO ORDERED this 21st day of August, 2017:**

/s/ Freda L. Wolfson
Freda L. Wolfson, U.S.D.J.